UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media, LLC,

                    Plaintiff(s),

v.                                          Case No. 2:18−cv−11237−GAD−EAS
                                                 Hon. Gershwin A. Drain

William Henry Henderson, et al.,

                    Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  November 7, 2018 at 03:00 PM
- STATUS CONFERENCE:  November 7, 2018 at 03:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/T McGovern
                                                           Case Manager

Dated:  October 26, 2018